## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

EDWARD LEE BASKIN,

     Plaintiff,

v.                         CASE NO. 3:21cv601-MCR-HTC

R. GUYTON, et al.,

     Defendants.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 23, 2021, ECF No. 11, which recommends this case be dismissed without prejudice as malicious for Plaintiff's abuse of the judicial process and for failure to comply with Court orders.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

     Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process and for failure to comply with Court orders.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of July 2021.

_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**